# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Craig B. Mikesell

CITATION / CASE NO. 3:12-mj-0007CMK

## ORDER TO PAY

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City / State / Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 6-11-12        /s/ Craig Mikesell
                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 3:12-mj-0007    FINE $90    ASGMT. $10
CITATION / CASE NO: _____     FINE _____  ASGMT. _____
CITATION / CASE NO: _____     FINE _____  ASGMT. _____
CITATION / CASE NO: _____     FINE _____  ASGMT. _____

[X] **FINE TOTAL** of $ 90.00 and a penalty assessment of $ 10.00 ~~within~~ by 1-1-13 days/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

[X] **RESTITUTION** $1,000 to Plumas National Forest in payments of $50 or more per month with fees not to exceed $ _____

[ ] **COMMUNITY SERVICE** _____ to be completed by _____ with proof mailed to the Clerk of the Court.

[X] **PROBATION** to be unsupervised / ~~supervised~~ for: 2 years

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

(CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ 501 I Street
Sacramento, CA 95814)

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 6-11-12        _____
                     U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97